## 48208. AMOS v. AMERICAN MUTUAL INSURANCE COMPANY et al.

EBERHARDT, Presiding Judge. There being sufficient competent evidence in the record to support the findings of fact and award in this workmen's compensation case, the judgment of the superior court affirming the award is affirmed. *Great A. & P. Tea Co. v. Shaw,* 105 Ga. App. 102 (123 SE2d 342), and cits.
*Judgment affirmed. Pannell and Stolz, JJ., concur.*
SUBMITTED MAY 4, 1973 — DECIDED MAY 11, 1973.

*Mitchell, Mitchell, Coppedge & Boyett, Warren N. Coppedge, Jr.,* for appellant.
*Savell, Williams, Cox & Angel, John M. Williams, Elmer L. Nash,* for appellees.